IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| MIDAMERICAN ENERGY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:24-cv-431 |
| | ) | |
| v. | ) | DEFENDANTS' |
| | ) | LOCAL RULE 81(A) |
| JOE BRIGHAM, INC. d/b/a JBI HELICOPTER | ) | STATEMENT |
| SERVICES and OREN WILLIAM PERKINS, | ) | |
| | ) | |
| Defendants. | | |

Pursuant to LR 81(a), Defendants Joe Brigham, Inc. ("JBI") and Oren William

Perkins (collectively "Defendants"), state the following:

      1.    The pleadings filed in the state case are listed below and are attached

hereto:

      a.    Petition at Law (Doc. #D0002, filed 11/06/2024; Exhibit 1);

      b.    Civil Original Notice to Defendant JBI (Doc. #D0001, filed

            11/06/2024; Exhibit 2)

      c.    Civil Original Notice to Defendant Oren William Perkins (Doc.

            #D0003, filed 11/06/2024; Exhibit 3)

      d.    Order for Individual Case Assignment (Doc. #D0004, filed

            11/06/2024; Exhibit 4);

      e.    Appearance of Gregory R. Brown (Doc. #D0005, filed 11/06/2024;

            Exhibit 5);

       f.     Return of Original Notice to Defendant JBI (Doc. #D0006, filed Nov. 20, 2024; Exhibit 6).

2.     There are no motions pending in the State Court Action that will require resolution by this Court.

3.     The following attorneys have appeared in the State Court Action for the Plaintiff:

       a.     Gregory R. Brown
                 Joseph G. Gamble
                 Duncan, Green, Brown & Langeness PC
                 400 Locust Street, Suite 380
                 Des Moines, Iowa 50309
                 Telephone: (515) 288-6440
                 Facsimile: (515) 288-6448
                 Emails:  gbrown@duncangreenlaw.com
                              jgamble@duncangreenlaw.com

4.     The following demonstrates the diversity of citizenship under 28 U.S.C. § 1332 jurisdictional requirements are satisfied:

       a.     Defendants' Notice of Removal, ¶ 2 (filed contemporaneously herewith);

       b.     Exhibit 1, Plaintiff's Petition at Law, ¶¶ 1-3.

5.     The following demonstrates the amount in controversy under 28 U.S.C. § 1332 jurisdictional requirement is satisfied:

       a.     Letter from MidAmerican to JBI demanding damages of over $300,000, dated February 14, 2024 (Exhibit 7).

4928-0727-2707, v. 1

Date: December 9, 2024          /s/ Timothy J. Hill
                                TIMOTHY J. HILL (#AT0003534)
                                     Direct Dial: (319) 861-8758
                                     Email: thill@bradleyriley.com
                                JACOB H. SCHILLER (#AT0016159)
                                     Direct Dial: (319) 861-8750
                                     Email: jschiller@bradleyriley.com
                                of
                                BRADLEY & RILEY PC
                                2007 First Avenue SE
                                P.O. Box 2804
                                Cedar Rapids, IA  52406-2804
                                Phone: (319) 363-0101
                                Fax: (319) 363-9824

                                Attorney For Defendants
                                Joe Brigham, Inc.
                                Oren William Perkins

Copy to:


Gregory R. Brown
Joseph G. Gamble
DUNCAN, GREEN, BROWN & LANGENESS, P.C.
400 Locust Street, Suite 380
Des Moines, Iowa 50309-2363
gbrown@duncangreenlaw.com
jgamble@duncangreenlaw.com

Attorneys For Plaintiff

---

**CERTIFICATE OF SERVICE**

I certify that a true copy of this document was
served upon each of the attorneys of record of all
parties to this action at the addresses disclosed by
the pleadings on December 9, 2024

By:      _____ U.S. Mail      _____ Hand Delivered
         _____ Email          __X__ EDMS/ECF
                              _____ Other


Signature: /s/ Kelsey Rickels

---

4928-0727-2707, v. 1

# EXHIBIT

# 1

E-FILED  2024 NOV 06 1:41 PM PAGE - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR PAGE COUNTY

| | |
|---|---|
| MIDAMERICAN ENERGY COMPANY,<br><br>　　　Plaintiff,<br><br>v.<br><br>JOE BRIGHAM, INC. d/b/a<br>JBI HELICOPTER SERVICES and<br>OREN WILLIAM PERKINS,<br><br>　　　Defendants. | Case No. _____<br><br><br><br>**PETITION AT LAW** |

COMES NOW the Plaintiff, MidAmerican Energy Company, by and through the undersigned counsel, and for its causes of action, respectfully states as follows:

1.　　The Plaintiff is an Iowa Corporation with its principal place of business in Des Moines, Polk County, Iowa.

2.　　Defendant Joe Brigham, Inc. d/b/a JBI Helicopter Services ("JBI") is a corporation organized under the laws of the State of New Hampshire.

3.　　Defendant Oren William Perkins at all times material hereto was a resident of Louisiana.

4.　　At all times material hereto, Defendant Perkins was employed by JBI as a helicopter pilot.

5.　　Venue is proper in this Court as the damage described below was sustained in Page County, Iowa.

6.　　The Plaintiff's claims for damages exceed the jurisdictional limit of the small claims docket.

E-FILED  2024 NOV 06 1:41 PM PAGE - CLERK OF DISTRICT COURT

7.      On or about July 24, 2022, Defendant Perkins was operating a helicopter owned by JBI near Clarinda, Page County, Iowa

8.      Defendant Perkins was operating the subject helicopter with the permission and consent of JBI.

9.      While operating the helicopter in the vicinity of 180th Street and Redwood Avenue, Defendant Perkins negligently struck electrical transmission lines owned by the Plaintiff.

10.      Defendant Perkins owed the Plaintiff a duty of reasonable care in operating the subject helicopter on the date of the accident.

11.      Defendant Perkins breached that duty and was negligent in particulars including, but not limited to, the following:

      a.      Failing to maintain control of the helicopter;

      b.      Failing to keep a proper lookout;

      c.      Failing to exercise reasonable care based on the conditions then existing; and

      d.      Otherwise violating applicable rules, regulations, and laws.

12.      As the owner of the helicopter, JBI is liable for Defendant Perkins' conduct.

13.      As the employer of Defendant Perkins, JBI is liable for his torts under the doctrine of *respondeat superior*.

14.      Defendant Perkins' negligence and fault has resulted in damages to the Plaintiff.

E-FILED 2024 NOV 06 1:41 PM PAGE - CLERK OF DISTRICT COURT

WHEREFORE, the Plaintiff respectfully requests entry of judgment against the Defendants in such an amount as will fully and fairly compensate it for damages sustained, with interest at the rate allowable by law, the costs of this action, and for any further relief this Court deems just and appropriate.

*/s/ Joseph G. Gamble*
Gregory R. Brown AT0001223
Joseph G. Gamble AT0009417
DUNCAN, GREEN, BROWN & LANGENESS, P.C.
400 Locust Street, Suite 380
Des Moines, Iowa 50309-2363
Telephone: (515) 288-6440
Facsimile: (515) 288-6448
gbrown@duncangreenlaw.com
jgamble@duncangreenlaw.com
ATTORNEYS FOR PLAINTIFF

# EXHIBIT

# 2

E-FILED  2024 NOV 06 1:41 PM PAGE - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR PAGE COUNTY

| | |
|---|---|
| MIDAMERICAN ENERGY COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>JOE BRIGHAM, INC. d/b/a<br>JBI HELICOPTER SERVICES and<br>OREN WILLIAM PERKINS,<br><br>     Defendants. | Case No. _____<br><br><br>**ORIGINAL NOTICE –<br>JOE BRIGHAM, INC. d/b/a<br>JBI HELICOPTER SERVICES** |

**TO DEFENDANT:**    Joe Brigham, Inc. d/b/a JBI Helicopter Services
                          c/o Registered Agent
                          Gallagher, Callahan & Gartrell, P.C.
                          214 N. Main Street
                          Concord, NH 03301

      **YOU ARE HEREBY NOTIFIED** that a Petition has been filed in the office of the Clerk of this Court naming you as a Defendant in this action.  A copy of the Petition (and any documents filed with it) is attached to this Notice.  The attorneys for the Plaintiff are Joseph G. Gamble and Gregory R. Brown, 400 Locust Street, Suite 380, Des Moines, IA 50309.  Telephone (515) 288-6440; facsimile (515) 288-6448.

      You must serve a motion or answer within twenty (20) days after service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Page County, Iowa.  If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

                                        CLERK OF THE ABOVE COURT
                                        Page County Courthouse
                                        Clarinda, Iowa

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

1

# Iowa Judicial Branch

Case No. **LACV106327**
County **Page**

*Case Title*    MIDAMERICAN ENERGY V. JBI HELICOPTER SERVICES

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(712) 328-4753** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **11/06/2024 02:00:26 PM**



*District Clerk of Court or/by Clerk's Designee of* Page          County
**/s/ Jaime Cox**

# EXHIBIT

# 3

E-FILED  2024 NOV 06 1:41 PM PAGE - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR PAGE COUNTY

| | |
|---|---|
| MIDAMERICAN ENERGY COMPANY, | Case No. _____ |
| Plaintiff, | |
| v. | |
| JOE BRIGHAM, INC. d/b/a | **ORIGINAL NOTICE –** |
| JBI HELICOPTER SERVICES and | **OREN WILLIAM PERKINS** |
| OREN WILLIAM PERKINS, | |
| Defendants. | |

**To Defendant:**    Oren William Perkins
302 W. Farrel Road
Lafayette, LA 70508

**YOU ARE HEREBY NOTIFIED** that a Petition has been filed in the office of the Clerk of this Court naming you as a Defendant in this action.  A copy of the Petition (and any documents filed with it) is attached to this Notice.  The attorneys for the Plaintiff are Joseph G. Gamble and Gregory R. Brown, 400 Locust Street, Suite 380, Des Moines, IA 50309.  Telephone (515) 288-6440; facsimile (515) 288-6448.

You must serve a motion or answer within twenty (20) days after service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Page County, Iowa.  If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

CLERK OF THE ABOVE COURT
Page County Courthouse
Clarinda, Iowa

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

1

E-FILED  2024 NOV 06 2:00 PM PAGE - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

Case No. **LACV106327**

County **Page**

*Case Title*    MIDAMERICAN ENERGY V. JBI HELICOPTER SERVICES

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(712) 328-4753** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **11/06/2024 02:00:26 PM**



*District Clerk of Court or/by Clerk's Designee of* Page                County

**/s/ Jaime Cox**

# EXHIBIT

# 4

*CA4013*

State of Iowa, District Court PAGE County

| | |
|---|---|
| MIDAMERICAN ENERGY COMPANY<br>        Plaintiff / Petitioner<br><br>vs.<br><br>JOE BRIGHAM, INC D/B/A JBI HELICOPTER SERVICES<br>OREN WILLIAM PERKINS<br><br><br>        Defendant / Respondent | CASE NO. 04731  LACV106327<br><br>ORDER FOR INDIVIDUAL CASE ASSIGNMENT |

IT IS ORDERED:

Judge Jennifer B. Bahr is designated as the Judge to preside over all future proceedings in this case.

If there are pending matters that should be determined before the trial/hearing, counsel shall promptly bring those matters to the attention of the presiding Judge.

/s/ Olivia Smith, Judicial Specialist
712-328-5743

Copies to:

JOSEPH GRAHAM GAMBLE

E-FILED          LACV106327 - 2024 NOV 06 02:44 PM          PAGE
          CLERK OF DISTRICT COURT          Page 2 of 2



State of Iowa Courts

**Case Number**      **Case Title**
LACV106327           MIDAMERICAN ENERGY V. JBI HELICOPTER SERVICES
**Type:**            OTHER ORDER

So Ordered

Olivia Smith, Judicial Assistant
Fourth Judicial District of Iowa

Electronically signed on 2024-11-06 14:44:05

# EXHIBIT

5

E-FILED  2024 NOV 06 3:24 PM PAGE - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR PAGE COUNTY

| | |
|---|---|
| MIDAMERICAN ENERGY COMPANY, | Case No. LACV106327 |
| Plaintiff, | |
| v. | |
| JOE BRIGHAM, INC. d/b/a JBI HELICOPTER SERVICES and OREN WILLIAM PERKINS, | **APPEARANCE – GREGORY R. BROWN** |
| Defendants. | |

COMES NOW Gregory R. Brown and hereby enters his appearance on behalf of the Plaintiff, MidAmerican Energy Company in this matter.

_/s/ Gregory R. Brown_
Gregory R. Brown AT0001223
Joseph G. Gamble AT0009417
DUNCAN, GREEN, BROWN & LANGENESS, P.C.
400 Locust Street, Suite 380
Des Moines, Iowa 50309-2363
Telephone:  (515) 288-6440
Facsimile:  (515) 288-6448
gbrown@duncangreenlaw.com
jgamble@duncangreenlaw.com
ATTORNEYS FOR PLAINTIFF

# EXHIBIT

# 6

E-FILED 2024 NOV 20 9:14 AM PAGE - CLERK OF DISTRICT COURT

AFFIDAVIT OF SERVICE

PAGE COUNTY                    LACV106327

MIDAMERICAN ENERGY CO. v. JOE BRIGHAM, INC. dba JBI HELICOPTER SERVICES

STATE OF NEW HAMPSHIRE                         11/19/2024
COUNTY OF MERRIMACK


    I, DEPUTY KAITLYN N BURT being first duly sworn, depose and say that  I
am a duly appointed and qualified Deputy Sheriff in and for the County of
Merrimack, State of New Hampshire and that I am authorized to serve civil
process by the laws of the State of New Hampshire. On 11/19/2024 at 11:20am
I completed service of the within Oringal Notice and Petition at Law upon
JOE BRIGHAM, INC. D/BA/ JBI HELICOPTER SERVICE by giving in hand to Peter
Cline, Director of Gallagher, Callahan & Gartrell, P.C., Registered Agent
of same located at 214 North Main St., Concord, NH 03301.


FEES

        Service      $67.15
        Postage       1.00
        Travel       18.34
        Notary        5.00
                    _____
TOTAL               $91.49


                        _____
                        DEPUTY KAITLYN N BURT
                        Merrimack County Sheriff's Office



STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK



    Subscribed and sworn to before me on 11/19/2024, and hereby certify
that under the laws of the State of New Hampshire, I am authorized to
administer oaths.



                        _____
                        Justice of the Peace/Notary Public

                        Katrina L. Laclair
                        Notary Public, State of New Hampshire
                        My Commission Expires June 26, 2029

# EXHIBIT

# 7



**MIDAMERICAN**
ENERGY COMPANY
Obsessively, Relentlessly **At Your Service®**


MidAmerican Energy Company
106 East Second Street
Davenport, IA 52801

February 14, 2024



594    1 MB  0.571
***********MIXED AADC 612
JBI HELICOPTER SERVIC
720 CLOUGH MILL RD
PEMBROKE NH  03275-3814

Reference:     Account     08590-33000
               CLAIMS
               PAGE CO.      IA 51601

Dear JBI Helicopter Services:

Our records indicate your final bill with MidAmerican Energy Company in the amount of
$315,343.68 remains unpaid. The matter requires your immediate attention. If you have
questions or would like to discuss payment arrangements, please call us at 800-952-0112.

Full payment or payment arrangements must be made within 10 days from the date of this letter
to prevent the balance from being sent to a collection agency, which could adversely affect your
credit rating. MidAmerican Energy Company does not want to take this step, but would rather
work with you directly to settle this unpaid balance.

Please disregard this letter if you have already sent a payment or have made payment
arrangements. Thank you.

Sincerely,

MidAmerican Energy Company